

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

DOUG WHITMAN,

                Defendant.

No. 12 cr 125 (JSR)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Theodore Sampsell-Jones, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Minnesota; and that his contact information is as follows:

> Theodore Sampsell-Jones
> William Mitchell College of Law
> 875 Summit Ave.
> St. Paul, MN 55105
> Telephone: (415) 846-5485
> E-mail: ted.sampselljones@wmitchell.edu

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Doug Whitman in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____3/25/15_____

_____
United States District/Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED SATES OF AMERICA, | No. 12 cr 125 (JSR) |
| Plaintiff, | **MOTION FOR ADMISSION PRO HAC VICE** |
| vs. | |
| DOUG WHITMAN, | |
| Defendant. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Theodore Sampsell-Jones, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Doug Whitman in the above-captioned action.

I am in good standing of the bar of the state of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 23, 2015

Respectfully submitted,

THEODORE SAMPSELL-JONES
William Mitchell College of Law
875 Summit Ave.
St. Paul, MN 55105
Telephone: (415) 846-5485
E-mail: ted.sampselljones a wmitchell.edu

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

THEODORE DAVID SAMPSELL-JONES

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

March 15, 2005

Given under my hand and seal of this court on

March 18, 2015

Margaret Fuller Corneille
Office of Lawyer Registration