UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                               :

UNITED STATES OF AMERICA        :
                               :

              v.               :     No. 12 Cr. 125 (JSR)
                               :

DOUG WHITMAN, et al.,        :
                               :     **REPLY DECLARATION OF**
              Defendants.     :     **ALEXANDRA A.E. SHAPIRO**
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      ALEXANDRA A.E. SHAPIRO, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.      I am an attorney duly admitted to practice law in the State of New York and the

District of Columbia and am admitted to practice before this Court.  I am a member of the law

firm Shapiro Arato LLP, and am co-counsel for defendant Douglas Whitman.

      2.      I submit this reply declaration in support of Mr. Whitman's motion pursuant to 28

U.S.C. § 2255 to vacate his conviction and sentence.

      3.      Attached as Exhibit 1 to this reply declaration is a true and correct copy of the

January 23, 2015 Petition of the United States of America for Rehearing and Rehearing *En Banc*

in *United States v. Newman*, 13-1837 (2d Cir.).

      4.      Attached as Exhibit 2 to this declaration is a true and correct copy of relevant

excerpts from the transcripts of Mr. Whitman's trial.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       April 22, 2015


                                     __/s/ Alexandra A.E. Shapiro__
                                       Alexandra A.E. Shapiro